**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 438 WAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
JOHN EDWARD RURA, III, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.